PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile:  (414) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys For Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSHUA SPAGEL,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-CV-00839-AC<br><br><br>STIPULATION FOR AN EXTENSION OF TIME AND ~~PROPOSED~~ ORDER (FIRST REQUEST) |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on August 9, 2017, by 30 days, through and including September 8, 2017.

    An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel's by email, who has no opposition to this request on August 7, 2017.

The parties further stipulate the Court's Scheduling Order shall be modified accordingly.

Counsel for Defendant apologizes to the Court and opposing counsel for any inconvenience caused by this delay.

Respectfully submitted,

Date: August 7, 2017

*/s/ Cyrus Safa*
CYRUS SAFA,
Attorney for Plaintiff
As authorized by email
On 8/7/17

PHILLIP A. TALBERT
United States Attorney

By: */s/ Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

Dated: August 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext
2:17-cv-00839-AC