McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 415-977-8926
    Facsimile: 415-744-0134
    E-mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA SPAGEL, | ) |
| | ) Case No. 2:17-CV-00839-AC |
| Plaintiff, | ) |
| | ) **STIPULATION AND ~~PROPOSED~~ ORDER TO** |
| | ) **EXTEND DEFENDANT'S TIME TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) (Defendant's First Request) |
| | ) |
| Defendant. | ) |

    Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration ("Defendant") respectfully request the Court to extend the time for Defendant to file her response to Plaintiff's Motion For Summary Judgment and/or Remand due on January 29, 2017, by 30 days, through and including February 28, 2018.

\\\

1

Stipulation to extend
Defendant's time to respond
 2:17-CV-00839-AC

(1) An extension of time is needed as Defendant's counsel is in the process of contacting his client, the Office of Hearing Operations (OHO) for the purposes of seeking settlement authority in this case.

(2) The undersigned is requesting a 30-day extension to insure the necessary time for discussion with OHO, and for them to provide a response within the next 30 days.

(3) In addition, the respective counsels will need additional time to negotiate the terms of any settlement.

(4) Plaintiff's Reply brief, if necessary will be due on March 14, 2018.

(5) Counsel for Defendant conferred with Plaintiff's counsel by email, who has no opposition to the requested extension on January 25, 2018.

(6) This request is made in good faith with no intention to unduly delay the proceedings.

DATED: January 25, 2018        McGREGOR W. SCOTT
                               United States Attorney

                       By:   */s/ Richard M. Rodriguez*
                               RICHARD M. RODRIGUEZ
                               Special Assistant U.S. Attorney
                               Richard.rodriguez@ssa.gov
                               Attorneys for Defendant
                               Nancy A. Berryhill,
                               Acting Commissioner of Social Security


DATED: January 25, 2018        */s/ Cyrus Safa* .
                               By: Richard M. Rodriguez,
                               as authorized by email on January 25, 2018
                               CYRUS SAFA, ESQ., CSBN: 282971
                               Attorney for Plaintiff

Stipulation to extend
Defendant's time to respond
2:17-CV-00839-AC

**APPROVED AND SO ORDERED:**

Dated: January 26, 2018

_____
THE HONORABLE ALLISON CLAIRE
United States Magistrate Judge

3

Stipulation to extend
Defendant's time to respond
2:17-CV-00839-AC