McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 415-977-8926
    Facsimile: 415-744-0134
    E-mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA SPAGEL, | ) |
| | )   Case No. 2:17-CV-00839-AC |
|       Plaintiff, | ) |
| | )   **STIPULATION AND ~~PROPOSED~~ ORDER FOR** |
| | )   **VOLUNTARY REMAND PURSUANT TO** |
| NANCY A. BERRYHILL, | )   **SENTENCE FOUR OF 42 U.S.C. § 405(g) AND** |
| Acting Commissioner of | )   **FOR ENTRY OF JUDGMENT FOR** |
| Social Security, | )   **PLAINTIFF** |
| | ) |
|       Defendant. | ) |

IT IS HEREBY STIPULATED, by and between JOSHUA SPAGEL (Plaintiff) and

NANCY A. BERRYHILL, Acting Commissioner of Social Security (the Commissioner or

Defendant), through their respective counsel of record, that this action be reversed and remanded

for further administrative action pursuant to section 205(g) of the Social Security Act, as

amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the

case to an administrative law judge (ALJ) with instructions to, 1) further consider the opinion

evidence of record, 2) reconsider Plaintiff's symptoms, 3) further consider Plaintiff's residual

1

functional capacity, 4) if warranted obtain supplemental vocational expert testimony, 5) give Plaintiff an opportunity for a new hearing, 6) take action necessary to complete the administrative record, and 7) issue a new decision.

The Court Clerk, shall enter judgment in favor of Plaintiff.


DATED: February 14, 2018         McGREGOR W. SCOTT
                                                       United States Attorney

                            By:     /s/ *Richard M. Rodriguez*
                                       RICHARD M. RODRIGUEZ
                                       Special Assistant U.S. Attorney
                                       Richard.rodriguez@ssa.gov
                                       Attorneys for Defendant
                                       Nancy A. Berryhill,
                                       Acting Commissioner of Social Security


DATED: February 14, 2018               /s *Cyrus Safa*
                                    By:   Richard M. Rodriguez,
                                    as authorized by email on February 14, 2018
                                    CYRUS SAFA, ESQ., CSBN: 282971
                                    Attorney for Plaintiff

**APPROVED AND SO ORDERED:**




Dated: February 14, 2018              *allison Clare*
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Remanding for Further Proceedings
2:17-CV-00839-AC